IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01788-MSK-CBS

TERRENCE HETTICH,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#15)** filed September 22, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 22nd day of September, 2010.

                                              BY THE COURT:

                                              Marcia S. Krieger
                                              United States District Judge